UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEBRA BECKER,

                       Plaintiff,

     -against-

NASSAU BOCES SCHOOL DISTRICT, BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF NASSAU COUNTY (NASSAU BOCES); DR. ROBERT DILLON, Individually and as District Superintendent of the Board of Cooperative Educational Services of Nassau County; DR. TRACEY NEKULAK, Individually and as Executive Director of Human Resources of the Board of Cooperative Educational Services of Nassau County; KIM SCHAROFF, Individually and as Supervisor 1-Speech Language and Hearing Services of the Board of Cooperative Educational Services of Nassau County; PATRICIA SCHWETZ, Individually and as Assistant Director of the Board of Cooperative Educational Services of Nassau County; DR. RANDALL SOLOMON; ISLAND PSYCHIATRY, PC; and JOHN DOE AND JANE DOE # 1-100, said names being fictitious, it being the intent of Plaintiff to designate any and all individuals, officers, members, agents, servants, and/or employees of the aforementioned agencies owing a duty of care to Plaintiff, individually and jointly and severally,

                       Defendants.
------------------------------------------------------------------X

Docket No.:
21-cv-02855 (EK) (ST)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that CHELSEA WEISBORD, an associate of the firm of SOKOLOFF STERN LLP, attorneys for defendants, BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF NASSAU COUNTY (NASSAU BOCES) s/h/a NASSAU BOCES SCHOOL DISTRICT, DR. ROBERT DILLON, DR. TRACEY NEKULAK, KIM SCHAROFF, and PATRICIA SCHWETZ, hereby files this notice for purpose of receiving ECF

2

alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
June 9, 2021

        SOKOLOFF STERN LLP
        *Attorneys for Defendants*
        *Board of Cooperative Educational Services*
        *of Nassau County (Nassau BOCES) s/h/a*
        *Nassau BOCES School District, Dr. Robert*
        *Dillon, Dr. Tracey Nekulak, Kim Scharoff,*
        *and Patricia Schwetz*

By:   */s/ Chelsea Weisbord*
      CHELSEA WEISBORD
      179 Westbury Avenue
      Carle Place, NY 11514
      (516) 334-4500
      File No. 180074

TO:

    <u>All counsel of record (via ECF)</u>