CIVIL CAUSE FOR Telephone Pre-Motion Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 7/19/2021
TIME IN COURT: 1 Hr


DOCKET NUMBER: CV 21-2855
TITLE: Becker v. Nassau BOCES School District et al

COURT REPORTER: Electronically recorded
FTR LOG:

APPEARANCES:

    Plaintiff:                         Thomas Liotti
    Nassau BOCES, et al:         Chelsea Ella Weisbord
    Island Psychiatry, et al:      Robert Devine


SUMMARY: Plaintiff shall file an amended complaint by August 9, 2021. BOCES defendants shall file by August 16, a letter not to exceed three pages addressing whether the Court can consider the notice of claim on a motion to dismiss or if the motion should instead be converted to a motion for summary judgment. Defendants shall answer or move to dismiss the amended complaint by September 8, 2021; Plaintiff shall respond to any motion to dismiss by October 8, 2021; Defendants shall reply, if they choose, by October 18, 2021. As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline. *See* Rule III.C.2 this Court's Individual Practices and Rules.