**LAW OFFICES OF**

## THOMAS F. LIOTTI, LLC

**600 OLD COUNTRY ROAD - SUITE 530**
**GARDEN CITY, NEW YORK 11530**
━━━━━━━━
**TELEPHONE: (516) 794-4700**
**FACSIMILE: (516) 794-2816**
**WEBSITE: www.tliotti.com**

THOMAS F. LIOTTI◊

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

Sent via ECF only

August 10, 2021

Honorable Eric R. Komitee
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:*    *Becker v. Nassau BOCES et. al.*
               *Civil Action Docket No. 21-cv-02855 (ERK) (ST)*

Dear Judge Komitee:

       Our office represents the Plaintiff, Debra Becker, (hereinafter referred to as Plaintiff), with regard to the above referenced matter.

       I write this letter to respectfully request a short extension of time for one (1) week to August 16, 2021, in order for plaintiff to serve and electronically file her Amended Complaint. The reason for this request for an extension of time is that my office has recently become extremely short staffed. Sadly, one of my assistants was recently diagnosed with a rare and aggressive form of cancer, underwent surgery and will be out of the office for an extended period of time. Two other employees recently left my employ and I am attempting to find a replacement(s). My sole Associate is working remotely and handling not only the cases assigned to her but assisting me with my cases due to a lack of staff. This is the first request by the plaintiff for such an extension of time.

       Presently, the defendants' time to serve their respective Answers to the Amended Complaint is September 8, 2021. In the event that the defendants require additional time to serve their respective Answers to the Amended Complaint, the plaintiff has no objection to same subject to the Court's approval. There will be no prejudice to the defendants if the Court grants plaintiff's application for a one (1) week extension of time.

       My office has reached out to our adversaries for their respective consents for a one (1) week extension of time. Adam I. Kleinberg, Esq., of Sokoloff Stern, LLP, attorneys for the Nassau BOCES

1

defendants has consented to the adjournment and Robert Devine, Esq., attorney for defendants Dr. Solomon and Island Psychiatry, PC, has also consented to the requested adjournment.

Based on the foregoing, the plaintiff respectfully requests that the Court grant the request for a one (1) week extension of time for plaintiff to serve and electronically file her Amended Complaint to and including August 16, 2021.

I thank Your Honor for your time and consideration of this request.

Respectfully submitted,

Thomas F. Liotti (TL4471)

jml
cc:    Sokoloff Stern, LLP (by ECF)
Adam I. Kleinberg, Esq.
Chelsea Weisbord, Esq.
Attorneys for Nassau BOCES Defendants

Robert Devine, Esq. (by ECF)
Attorney for Defendants Dr. Solomon and Island Psychiatry, PC