**LAW OFFICES OF**
# THOMAS F. LIOTTI, LLC
600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
---
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✦

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

October 12, 2021

Sent via NYSCEF
Honorable Eric R. Komitee
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Becker v. Nassau BOCES et. al.*
             *Civil Action Docket No. 21-cv-02855 (ERK) (ST)*

Dear Judge Komitee:

Our office represents the Plaintiff with regard to the above referenced matter.

We write to you with respect to the Defendants' respective motions to dismiss, wherein, the Plaintiff's opposition papers were due on Friday, October 8, 2021, and the Defendants' Reply papers are due on Monday, October 18, 2021. In this regard, and following discussions with our adversaries, we are respectfully requesting an adjournment on consent of the aforesaid briefing schedule, such that the Plaintiff's opposition papers shall be due on Friday, October 22, 2021, and the Defendants' reply papers shall be due on Friday, November 5, 2021.

There have been no prior requests for an adjournment of the current briefing schedule. An adjournment is requested by the Plaintiff at this time, due to the fact that for the last several months our office has been managing an extremely congested caseload with an extremely limited support staff. These circumstances are further complicated by the fact that I have only one Associate, who has been working remotely and handling not only the cases assigned to her, but assisting in other respects due to the recent staff limitations.

Based on the foregoing, the Plaintiff respectfully requests that the Court grant this request for a two (2) week extension of time for Plaintiff to serve and electronically file our opposition papers by Friday, October 22, 2021, with the Defendants' reply papers being due by Friday, November 5, 2021.

1

We thank the Court and counsel for their courtesies and consideration.

Respectfully submitted,

*Thomas F. Liotti*

Thomas F. Liotti (TL4471)

cc: Sokoloff Stern, LLP (by ECF)
Adam I. Kleinberg, Esq.
Chelsea Weisbord, Esq.
*Attorneys for Nassau BOCES Defendants*

Robert Devine, Esq. (by ECF)
*Attorney for Defendants Dr. Solomon and Island Psychiatry, PC*