UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEBRA BECKER,

                           Plaintiff,

      -against-

NASSAU BOCES SCHOOL DISTRICT, BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF NASSAU COUNTY (NASSAU BOCES); DR. ROBERT DILLON, Individually and as District Superintendent of the Board of Cooperative Educational Services of Nassau County; DR. TRACEY NEKULAK, Individually and as Executive Director of Human Resources of the Board of Cooperative Educational Services of Nassau County; KIM SCHAROFF, Individually and as Supervisor 1-Speech Language and Hearing Services of the Board of Cooperative Educational Services of Nassau County; PATRICIA SCHWETZ, Individually and as Assistant Director of the Board of Cooperative Educational Services of Nassau County; DR. RANDALL SOLOMON; ISLAND PSYCHIATRY, PC; and JOHN DOE AND JANE DOE # 1-100, said names being fictitious, it being the intent of Plaintiff to designate any and all individuals, officers, members, agents, servants, and/or employees of the aforementioned agencies owing a duty of care to Plaintiff, individually and jointly and severally,

                           Defendants.
------------------------------------------------------------------X

Docket No.:
21-cv-02855 (EK) (ST)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the Attorney's Affirmation of Adam I. Kleinberg and the attached exhibits; the accompanying *Memorandum of Law in Support of the Nassau BOCES Defendants' Motion to Dismiss the Amended Complaint*; and upon all pleadings and proceedings heretofore had herein, defendants Board of Cooperative Educational Services of Nassau County ("Nassau BOCES") s/h/a Nassau BOCES School District, Dr. Robert Dillon, Dr. Tracey Nekulak, Kim Scharoff, and Patricia Schwetz will move this Court before the Honorable

Judge Eric R. Komitee at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing this action in its entirety with prejudice as against the Nassau BOCES defendants, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, as per the Court's directive, answering papers shall be served on or before October 8, 2021;

**PLEASE TAKE FURTHER NOTICE** that, as per the Court's directive, reply papers shall be served on or before October 18, 2021, with the motion to be filed thereafter.

Dated: Carle Place, New York
September 7, 2021

SOKOLOFF STERN LLP
*Attorneys for Defendants*
*Board of Cooperative Educational Services*
*of Nassau County (Nassau BOCES) s/h/a*
*Nassau BOCES School District, Dr. Robert*
*Dillon, Dr. Tracey Nekulak, Kim Scharoff,*
*and Patricia Schwetz*

By: ADAM I. KLEINBERG
CHELSEA WEISBORD
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No. 180074

TO:
LAW OFFICES OF THOMAS F. LIOTTI, LLC
*Attorneys for Plaintiff*
600 Old Country Road, Suite 530
Garden City, New York 11530

BARTLETT LLP
*Attorneys for Defendants*

*Dr. Randall Solomon and Island Psychiatry PC*
1001 Franklin Avenue, Suite 300
Garden City, New York 11530