**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

May 12, 2022

<u>VIA ECF</u>
Honorable Eric R. Komitee
United States District Judge
Eastern District of New York

           Re:    *Becker v. Nassau BOCES et. al.*
                    Docket No.   21-cv-02855 (ERK) (ST)

Your Honor:

      This firm represents defendants Nassau BOCES, Dr. Robert Dillon, Dr. Tracey Nekulak, Kim Scharoff, and Patricia Schwetz (the "Nassau BOCES" defendants).

      We write on behalf of all parties in response to the April 16, 2022 Court Order. All parties consent to refer this case to Magistrate Judge Steven Tiscione for all purposes. All counsel have signed a referral order and the signatures are attached to this letter. We ask that the Court So-Order the referral order.

      Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            SOKOLOFF STERN LLP

                                            ADAM I. KLEINBERG

Attachment

cc:    All Counsel of Record (via ECF)